# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# 1:17-cv-37

| | |
|---|---|
| TED J. OWEN, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) ORDER |
| DR. REDDY'S LABORATORIES, | ) ) ) |
| Defendant. | ) ) |

**THIS MATTER** is before the Court on Erin M. Young's Application for Admission to Practice *Pro Hac Vice* of John R. Ipsaro. It appearing that John R. Ipsaro is a member in good standing with the State Bars of Ohio and Kentucky and will be appearing with Erin M. Young, a member in good standing with the Bar of this court, that all admission fees have been paid, and that the email address of the attorney seeking admission has been provided, the court enters the following Order.

## ORDER

**IT IS, THEREFORE, ORDERED** that Erin M. Young's Application for Admission to Practice Pro Hac Vice (#8) of John R. Ipsaro is **GRANTED**, and

that John R. Ipsaro is ADMITTED to practice, *pro hac vice*, before the Bar of this court while associated with Erin M. Young.

Signed: February 28, 2017

Dennis L. Howell
United States Magistrate Judge