IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:17cv37

| | |
|---|---|
| TED J. OWEN, ) ) ) Plaintiff, ) ) v. ) DR. REDDY'S LABORATORY, ) ) Defendant. ) _____ ) | ORDER |

Pending before the Court is the Motion to Strike [# 16]. Defendant moves to strike the surreply filed by Plaintiff. The Local Rules of this Court do not allow for the filing of a surreply. See LCvR 7.1. Accordingly, the Court **GRANTS** the motion [# 16] and **STRIKES** the Reply Memorandum [# 15] from the Record.

Signed: May 4, 2017

*/s/ Dennis L. Howell*

Dennis L. Howell
United States Magistrate Judge