# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# CIVIL CASE NO. 1:17-cv-00037-MR-DLH

| | |
|---|---|
| TED J. OWEN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **O R D E R** |
| ) | |
| DR. REDDY'S LABORATORIES, ) | |
| ) | |
| Defendant. ) | |

**THIS MATTER** is before the Court on the Plaintiff's "Addendum Defective Product Liability Claim" [Doc. 23].

On December 13, 2017, the Magistrate Judge entered a Memorandum and Recommendation regarding the disposition of the Defendant's Motion for Judgment on the Pleadings. [Doc. 19]. In response, the *pro se* Plaintiff filed a pleading entitled "Response to the Memorandum and Recommendation," which the Court construed as a motion for extension of time to file objections as well as a motion to amend the Complaint. [Doc. 20]. On January 8, 2018, the Court granted the Plaintiff an extension of time to file objections. As for the Plaintiff's request for leave to amend his Complaint, however, the Court denied the Plaintiff's motion. [Doc. 22].

On January 12, 2018, the Court received the present filing from the Plaintiff, entitled "Addendum Defective Product Liability Claim." [Doc. 23]. The filing appears to be an amendment to the Plaintiff's products liability claim as asserted in his Complaint. As previously noted, the Court denied the Plaintiff leave to amend the Complaint in light of the pending Memorandum and Recommendation. [See Doc. 22]. Accordingly, the Plaintiff's "Addendum" shall be stricken.

**IT IS, THEREFORE, ORDERED** that the Plaintiff's "Addendum Defective Product Liability Claim" [Doc. 23] is **STRICKEN**.

**IT IS SO ORDERED.**

Signed: January 22, 2018

Martin Reidinger
United States District Judge