# THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# CIVIL CASE NO. 1:17-cv-00037-MR-DLH

| | |
|---|---|
| TED J. OWEN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **O R D E R** |
| ) | |
| DR. REDDY'S LABORATORIES, ) | |
| ) | |
| Defendants. ) | |

**THIS MATTER** is before the Court on the Defendant's Motion for Judgment on the Pleadings [Doc. 10] and the Magistrate Judge's Memorandum and Recommendation [Doc. 19] regarding the disposition of that motion.

Pursuant to 28 U.S.C. § 636(b) and the standing Orders of Designation of this Court, the Honorable Dennis L. Howell, United States Magistrate Judge, was designated to consider the Defendant's motion and to submit a recommendation for its disposition.

On December 13, 2017, the Magistrate Judge filed a Memorandum and Recommendation in this case containing conclusions of law in support of a recommendation regarding the Defendant's motion. [Doc. 19]. The

parties were advised that any objections to the Magistrate Judge's Memorandum and Recommendation were to be filed in writing within fourteen (14) days of service. The *pro se* Plaintiff sought an extension of time to file objections to the Memorandum and Recommendation [Doc. 20], which the Court granted [Doc. 22], extending the time for the filing of objections to January 26, 2018. The period within which to file objections has expired, and no written objections to the Memorandum and Recommendation have been filed.

After a careful review of the Magistrate Judge's Recommendation, the Court finds that the proposed conclusions of law are consistent with current case law. Accordingly, the Court hereby accepts the Magistrate Judge's recommendation that the Defendant's Motion for Judgment on the Pleadings should be granted and that this case should be dismissed.

**IT IS, THEREFORE, ORDERED** that the Memorandum and Recommendation [Doc. 19] is **ACCEPTED**; the Defendant's Motion for Judgment on the Pleadings [Doc. 10] is **GRANTED**; and this case is **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED.**

Signed: February 2, 2018

Martin Reidinger
United States District Judge