# United States District Court
# Western District of North Carolina
# Asheville Division

| | | |
|---|---|---|
| Ted J. Owen, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiffs, | ) | 1:17-cv-00037-MR-DLH |
| | ) | |
| vs. | ) | |
| | ) | |
| Dr. Reddy's Laboratories, | ) | |
| | ) | |
| Defendant. | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's February 2, 2018 Order.

February 2, 2018

*[signature: Frank G. Johns]*

Frank G. Johns, Clerk
United States District Court